PAT LUNDVALL (NSBN 3761)
RYAN BELLOWS (NSBN 9508)
McDONALD CARANO WILSON LLP
100 West Liberty Street, 10th Floor
P.O. Box 2670
Reno, Nevada 89505
Telephone: (775) 788-2000
lundvall@mcdonaldcarano.com
rbellows@mcdonaldcarano.com

Attorneys for Defendant First American
Title Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| CYNTHIA DILLON,<br><br>            Plaintiff,<br><br>vs.<br><br>THE FIRST AMERICAN CORPORATION, FIRST AMERICAN TITLE COMPANY OF NEVADA, FIRST AMERICAN TITLE COMPANY, FIRST AMERICAN TITLE INSURANCE COMPANY, dba FIRST AMERICAN TITLE, and DOES I-X,<br><br>            Defendants. | Case No. 3:09-cv-00598-RCJ-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff CYNTHIA DILLON and Defendant FIRST AMERICAN TITLE INSURANCE COMPANY, by and through their undersigned counsel of record, hereby stipulate and agree to dismiss the above-referenced action with prejudice and with each party bearing their own costs and attorneys' fees.

//

//

//

//

The Court may retain jurisdiction to enforce the parties' Compromise Settlement and General Release Agreement.

IT IS SO STIPULATED.

Dated: May 12, 2010.

By:/s/Mark Mausert
   Mark Mausert
   930 Evans Avenue
   Reno, NV 89512

Attorney for Plaintiff

Dated: May 12, 2010.

MCDONALD·CARANO·WILSON LLP

By: /s/ Ryan Bellows
   Pat Lundvall
   Ryan Bellows
   MCDONALD·CARANO·WILSON, LLP
   100 W. Liberty Street, 10th Floor
   Reno, Nevada  89505

Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

DATED: _____, 2010.

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE